# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD PELLEGRINO & GINGER PELLEGRINO  Case Number: 05-70719
PO BOX 394   SSN-xxx-xx-3345 & xxx-xx-9746
DURAND, IL 61024

Case filed on: 2/22/2005
Plan Confirmed on: 6/10/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,400.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 205 | TRIAD FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | RICHARD PELLEGRINO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BRUCE PELLEGRINI | 645.00 | 188.66 | 188.66 | 0.00 |
| 003 | SAXON MORTGAGE SERVICES INC | 1,384.72 | 405.04 | 405.04 | 0.00 |
| 005 | TRIAD FINANCIAL | 13,500.00 | 13,500.00 | 4,496.92 | 2,369.23 |
|  | Total Secured | 15,529.72 | 14,093.70 | 5,090.62 | 2,369.23 |
| 002 | HEIGHTS FINANCE | 1,567.34 | 1,567.34 | 0.00 | 0.00 |
| 004 | SECURITY FINANCE | 577.25 | 577.25 | 0.00 | 0.00 |
| 005 | TRIAD FINANCIAL | 3,958.03 | 3,958.03 | 0.00 | 0.00 |
| 006 | AERO GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICASH LOANS LLC | 659.80 | 659.80 | 0.00 | 0.00 |
| 008 | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ADVANCE CASH EXPRESS | 502.50 | 502.50 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH PHYSICIANS | 35.00 | 35.00 | 0.00 | 0.00 |
| 014 | TRI-STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AFNI/VERIZON | 434.61 | 434.61 | 0.00 | 0.00 |
| 017 | VILLAGE OF PECATONICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 521.71 | 521.71 | 0.00 | 0.00 |
|  | Total Unsecured | 8,256.24 | 8,256.24 | 0.00 | 0.00 |
|  | Grand Total: | 25,149.96 | 23,713.94 | 6,454.62 | 2,369.23 |

Total Paid Claimant:     $8,823.85
Trustee Allowance:       $576.15
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008          By /s/Heather M. Fagan